# EXHIBIT A-1

**SERVICE COPY**



D4969143

# CITATION

**TANNER FONTENOT**
(Plaintiff)

**VS**

**W&T OFFSHORE INC.**
(Defendant)

**NUMBER C-699734   SEC. 24**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   W&T OFFSHORE INC.**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION SYETEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 21, 2020.**

*Megan Gullett*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: VASSER, BRANDON P**
**(225) 343-2205**

*The following documents are attached:
**PETITION, REQUEST**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED SEP 23 2020

EAST BATON ROUGE PARISH
Filed Sep 21, 2020 2:01 PM
Deputy Clerk of Court
FAX Received Sep 16, 2020
C-699734
24

| | |
|---|---|
| **TANNER FONTENOT** | **DOCKET NO.**           **DIV.** |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| | **PARISH OF EAST BATON ROUGE** |
| **W&T OFFSHORE INC** | **STATE OF LOUISIANA** |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes and appears **TANNER FONTENOT**, a resident of the full age of majority of the Parish of Evangeline, State of Louisiana, who respectfully represents that:

**I.**

Made defendant herein is:

**W&T OFFSHORE INC.**, a foreign corporation licensed and doing business in the State of Louisiana.

**II.**

Defendant was, at all times relevant herein, acting through its officers, managerial employees, agents and/or others for who it is both directly and vicariously liable.

**III.**

While seeking employment of defendant and its agents, Plaintiff was subjected to discrimination due to a prescription medication he takes, as set forth herein:

**IV.**

Plaintiff, Tanner Fontenot, has been prescribed the prescription medication Suboxone since 2013 and has never had any incidents or accidents related to his use of Suboxone personally or at work.

**V.**

On or around April 25, 2019, prior to his hiring, Mr. Fontenot submitted his doctor's note to his employer informing them of his prescription to Suboxone and that he has no work restrictions. On May 1, 2019, Mr. Fontenot began his employment at W&T Offshore Inc. as an operator in Baton Rouge, Louisiana. On or around September 26, 2019 Mr. Fontenot took a drug screen and was subsequently discharged on September 26, 2019 for his use of Suboxone.


Certified True and Correct Copy
CertID: 2020092100851

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/21/2020 2:10 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## VI.

Plaintiff was abruptly terminated by Defendant for his use of Suboxone which at no point did not allow him to perform his duties or essential job functions. In fact, at all times relevant herein plaintiff was able to perform the essential functions of his job without any accommodation to do so.

## VII.

Defendant violated Louisiana discrimination laws by failing to reasonably accommodate the plaintiff.

## VIII.

As a result of the incident alleged herein, Plaintiff, Tanner Fontenot, sustained damages which include, but are not limited to, general damages as reasonable in the premises as well as other damages as will be more fully shown at trial of this matter and all for which plaintiff specifically sues for herein.

## IX.

Plaintiff is entitled to and desires all relief, including, but not limited to, equitable and/or injunctive relief, back pay, front pay, compensatory damages, afforded to him under the disability laws of the State of Louisiana.

## X.

Plaintiff is entitled to and desires an award of attorney's fees, litigation expenses, and costs, as provided under law.

## XI.

On or about December 4, 2019, Plaintiff's counsel sent a 30-day written notice of Plaintiff's allegations to defendant properly addressed and postage prepaid. All conditions precedent to the filing of this lawsuit have been met.

**WHEREFORE**, Plaintiff, Tanner Fontenot, respectfully prays that this Honorable Court, after all due proceedings, render judgment against Defendant, **W&T OFFSHORE, INC.**, in favor of Plaintiff for damages in an amount to be proven at trial, including but not limited to general damages reasonable in the premises, back pay, front pay, punitive damages, injunctive relief, and attorney's fees and costs, all with interest from date of demand until paid and for all other legal and equitable relief as provided under law, and all costs of these proceedings.



Certified True and Correct Copy
CertID: 2020092100851

Megan Gullett
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/21/2020 2:10 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted:

Brandon P. Vasser (#38482)
**MILLER HAMPTON & HILGENDORF**
3960 Government St.
Baton Rouge, LA 70806
Telephone No. (225) 343-2205
Fax No. (225) 343-2870

**PLEASE SERVE:**

W&T OFFSHORE, INC.
*Through its Agent for Service of Process*
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816



**Certified True and Correct Copy**
CertID: 2020092100851

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/21/2020 2:10 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).